FILED
CLERK, U.S. DISTRICT COURT
October 15, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Mary Ruth Summers | CASE NUMBER: |
|---|---|
| PLAINTIFF | 5:20-cv-02060-SB-KK |
| v. | |
| Chaffey Joint Union High School District | **JUDGMENT** |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on October 15, 2021 as docket number 35 (the "Offer of Judgment"), judgment is hereby entered for

Plaintiff Mary Ruth Summers

and against

Defendant Chaffey Joint Union High School District

according to the terms set forth in the Offer of Judgment.

Date: October 15, 2021        By: _____
                                United States District Judge